ROBERT BARNES (State Bar No. 119515)
CHRISTOPHER L. BURROWS (State Bar No. 222301)
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:   (310) 788-1200
E-Mail: rbarnes@kayescholer.com

Attorneys for Defendant
PFIZER INC. (incorrectly sued here as "PFIZER, INC.")

CLAYEO C. ARNOLD (State Bar No. 65070)
KIRK J. WOLDEN (State Bar No. 138902)
CLAYEO C. ARNOLD, A Professional Law Corporation
608 University Avenue
Sacramento, California  95825
Telephone:  (916) 924-3100
Facsimile:   (916) 924 1829
E-Mail: kirk@ccalawcorp.com

Attorneys for Plaintiff
WALTER CARPENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CARPENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>PFIZER, INC. and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:06-CV-00954-FCD-PAN<br><br>**JOINT STIPULATION AND ORDER TO STAY ACTION PENDING TRANSFER OF ACTION TO MDL** |

IT IS STIPULATED AND AGREED between the parties through their counsel, subject to the Court's approval, and pursuant to Local Rules 6-144 and 83-143, as follows:

1.  Plaintiff WALTER CARPENTER filed this action on May 1, 2006 alleging he suffered personal injuries as a result of his use of the prescription medication Viagra.

///

1

1      2.     Numerous similar actions are currently pending <u>In re Viagra Products Liability Litigation</u>, MDL Case No. 1724, in the United States District Court for the District of Minnesota (hereinafter "MDL Court").

3.     On July 10, 2006, this plaintiff effected personal service on PFIZER. By letter dated July 20, 2006 (copy attached), defendant PFIZER identified this action as a potential "tag-along" action, and requested its transfer to the MDL Court.

4.     The parties agree that this action is appropriate for transfer to the MDL Court, and stipulate to the transfer of this action to the MDL Court as soon as possible. The parties agree that all deadlines in this Court shall be stayed pending the most expeditious transfer of the action to the MDL Court.

5.     The parties further agree that PFIZER's time to respond to the complaint shall be extended until thirty days after the action is docketed in the MDL Court.

6.     This is the first request for an extension in this action.

Dated: July 27, 2006          KAYE SCHOLER LLP

/s/ Christopher L. Burrows
Attorneys for Defendant
PFIZER INC.

Dated: July 27, 2006          CLAYEO C. ARNOLD, A Professional Law Corporation

/s/ Kirk J. Wolden (as authorized on 7/27/06)
Attorneys for Plaintiff
WALTER CARPENTER

### ORDER

Based upon the foregoing stipulation of counsel, and good cause appearing:

IT IS SO ORDERED.

Dated: July 27, 2006          /s/ Frank C. Damrell Jr.
                                                    United States District Judge